## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SADE E. SWINT : CIVIL ACTION

:

      **v.** : NO. 23-3869

:

VITAS HEALTHCARE ATLANTIC :

CORPORATION :

## ORDER

AND NOW, this 12th day of May 2026, upon considering defendant's motion for summary judgment (DI 81), plaintiff's opposition (DI 85), defendant's reply (DI 86), and for reasons in the accompanying memorandum, it is ORDERED defendant's motion for summary judgment (DI 81) is GRANTED and the Clerk of Court shall close this case.

_____
MURPHY, J.